[No. 9757-9-III.   Division Three.   February 15, 1990.]

JOANNE LANGDON, *Respondent,* v. SCHWANS SALES ENTER-
PRISES, INC., ET AL, *Petitioners.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 88-2-00143-4, John A. Schultheis, J.,
entered December 7, 1988. *Reversed* by unpublished opin-
ion per Thompson, J., concurred in by Green, A.C.J., and
Shields, J.